IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEMAR EDWARDS,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **NORTHAMPTON COUNTY, NORTHAMPTON COUNTY COUNCIL MEMBERS 1-9, NORTHAMPTON COUNTY EXECUTIVE, NORTHAMPTON COUNTY PRISON, PRIMECARE INC., TODD L. BURKIRK, MICHAEL BATEMEN, THERESA NAGLE, JENNIFER MROZ, NANCY CUNNINGHAM, VICTORIA GESSNER, EMILIA CAPUTO, and JENNIFER KELLER,**<br>　　　　　**Defendants.** | **NO.  12-5323** |

**O R D E R**

**AND NOW**, this 29th day of April, 2016, upon consideration of Medical Defendants' Second Motion for Summary Judgment (Document No. 82, filed April 29, 2015), Defendants Northampton County, Northampton County Prison, Northampton County Council Members, Northampton County Executive, Warden Todd Buskirk, and Deputy Warden Michael Bateman's Motion for Summary Judgment (Document No. 84, filed May 1, 2015), Plaintiff's Response to the Motion for Summary Judgment of Defendants (Document No. 88, filed June 5, 2015), and the Reply Brief in Further Support of Defendants Northampton County, Northampton County Prison, Northampton County Council Members, Northampton County Executive, Warden Todd Buskirk, and Deputy Warden Michael Bateman's Motion for Summary Judgment (Document No. 91, filed June 12, 2015), following oral argument on April 4, 2016, for the reasons set forth in the accompanying Memorandum dated April 29, 2016, **IT IS ORDERED** that Medical Defendants' Second Motion for Summary Judgment and Defendants Northampton County,

Northampton County Prison, Northampton County Council Members, Northampton County Executive, Warden Todd Buskirk, and Deputy Warden Michael Bateman's Motion for Summary Judgment are **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR** of all defendants, Northampton County, Northampton County Council Members 1–9, Northampton County Executive, Northampton County Prison, PrimeCare, Inc., Todd L. Bu[s]kirk,[1] Michael Bateman, Theresa Nagle, Jennifer Mroz, Nancy Cunningham, Victoria Gessner, Emilia Caputo, and Jennifer Keller, and **AGAINST** plaintiff, Demar Edwards.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall mark the case **CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.

---

[1] Todd L. Buskirk is misidentified in the caption as "Todd L. Burkirk."